# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| JOHN H. ROSKY, | Case No. 3:16-cv-00156-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| QUENTIN BYRNE, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

Petitioner has paid the filing fee for this action. (ECF No. 1). The Court has reviewed the habeas petition (ECF No. 2), and it will be served on respondents. Respondents must file a response to the petition, as set forth at the conclusion of this order.

Petitioner has filed a motion seeking a copy of the docket sheet for this case. (ECF No. 5). Good cause appearing, petitioner's motion is granted. The Clerk of Court is directed to send petitioner a copy of the CM/ECF docket sheet in this case.

Petitioner has filed a motion for summary judgment. (ECF No. 7). Petitioner's motion is denied, as summary adjudication of a habeas corpus matter is unavailable. *See Gordon v. Duran*, 895 F.2d 610, 612 (9th Cir. 1990) (citations omitted). To the extent that petitioner's motion is construed as a motion seeking default judgment, it is settled law that default judgments are not available in federal habeas corpus. *See Townsend v. Sain*, 372 U.S. 293, 312 (1963); *see also Gordon*, 895 F.2d at 612.

Petitioner has filed a "motion for judicial action." (ECF No. 8). To the extent petitioner argues that he is entitled to summary judgment, the motion is denied.

Moreover, the instant order, by which respondents will be served with the petition, renders petitioner's motion moot.

It is therefore ordered that the Clerk electronically serve the petition (ECF No. 2) upon the respondents. The Clerk of Court will add Attorney General Adam Paul Laxalt to the CM/ECF docket sheet as counsel for respondents.

It is further ordered that respondents will have forty-five (45) days from the entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other response, respondents must address all claims presented in the petition. Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If an answer is filed, respondents must comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner will have forty-five (45) days from the date of service of the answer to file a reply.

It is further ordered that any state court record exhibits filed by respondents must be filed with a separate index of exhibits identifying the exhibits by number or letter. The hard copy of all state court record exhibits must be forwarded, for this case, to the staff attorneys in the Reno Division of the Clerk of Court.

It is further ordered that petitioner's motion for a copy of the docket (ECF No. 5) is granted. The Clerk of Court will send petitioner a copy of the CM/ECF docket in this case.

It is further ordered that petitioner's motion for summary judgment (ECF No. 7) is denied.

It is further ordered that petitioner's motion for judicial action (ECF No. 8) is denied.

DATED THIS 16th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE