UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN H. ROSKY,<br><br>                Petitioner,<br>v.<br><br>QUENTIN BYRNE, *et al.,*<br><br>                Respondents. | Case No. 3:16-cv-00156-MMD-VPC<br><br>ORDER |

Before the Court is petitioner's motion for reconsideration (ECF No. 45) of the Court's order of January 19, 2018, directing petitioner to provide evidence or citation to evidence authenticating the audio tape and transcript of the audio tape on which he relies to make his gateway claim of actual innocence and directing respondents to respond to petitioner's gateway claim. The Court would note that in order to make a gateway claim of actual innocence, petitioner must introduce new, *reliable* evidence. Absent proper authentication by petitioner, the Court cannot conclude that the audio tape on which he relies is reliable. Further, the Court in its discretion believes that a response to petitioner's gateway claim of actual innocence is necessary in order for the Court to properly evaluate petitioner's claim. Accordingly, petitioner's motion for reconsideration of the Court's order dated January 19, 2018 (ECF No. 45) is hereby denied.

DATED THIS 1st day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE